UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE WAULK,

    Plaintiff,

v.                                          CASE NO.: 8:11-cv-2609-T-23AEP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

On February 11, 2013, Magistrate Judge Anthony E. Porcelli issued a report (Doc. 18) finding that the ALJ's decision in this social security appeal comports with the applicable legal standards and enjoys substantial evidentiary support. The plaintiff objects. (Doc. 20)

Magistrate Judge Porcelli's report and recommendation is thorough and proper. Consequently, the plaintiff's objections (Doc. 20) are **OVERRULED**, the report and recommendation (Doc. 18) is **ADOPTED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

The clerk is directed (1) to enter judgment in favor of the Commissioner of Social Security, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on March 26, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE